JAMES E. MARTINHOFF, Appellant, *v.* JOHN H. MARTINHOFF,
Executor, etc., et al., Respondents.

A surrogate has power, in proceedings to prove a contested will, after the
testimony has been closed and the case submitted, to grant, an order on
motion opening the case, to allow a witness to correct his testimony.

The granting of the motion is in the discretion of the surrogate, and is not
reviewable here.

(Argued June 1, 1880; decided June 15, 1880.)

THIS was an appeal from an order of General Term affirm-
ing an order of the surrogate of the county of Kings.

The proceedings were to prove the will of John H. Martin-
hoff, deceased. The probate was contested. George C. Har-
wood, one of the witnesses to the will, testified as stated in the
stenographer's minutes, upon cross-examination, that he signed
before the testator. After the case was submitted, upon an
affidavit of said witness, to the effect that he intended to testify
and supposed he did testify that he signed after the testator,
and that such was the fact, the surrogate, on motion, made
an order opening the proceedings so far as to allow a re-examin-
ation of the witness in reference to the execution of the will,
and fixing a day for such re-examination. This was the order
appealed from. The court say :

"The surrogate had power to make the order appealed from,
and assuming that this court may review it, we think the power

was properly exercised by him. Had his decision been other-wise, there would have been presented such an abuse of dis-cretion as to require a reversal of his order. The reasons assigned by him, and by the learned judge at General 'Term, are very satisfactory, and the question presented requires no other discussion.

But the matter was one as to which the surrogate had a discretion to exercise, and the appeal from his order should, therefore, be dismissed with costs."

*George P. Avery* for appellant.

*Henry C. Place* for respondents.

DANFORTH, J., reads for dismissal of appeal.
All concur. ·
Appeal dismissed.